[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-17694
Non-Argument Calendar
_____

Agency No. A087-208-011


GBOLAHAN BABAGBEMILEKE MAJEKODUNMI,

                                                                    Petitioner,

versus

U.S. ATTORNEY GENERAL,

                                                                    Respondent.


_____

Petition for Review of a Decision of the
Board of Immigration Appeals
_____

(November 7, 2017)

Before TJOFLAT, WILLIAM PRYOR and NEWSOM, Circuit Judges.

PER CURIAM:

Gbolahan Majekodunmi, a native and citizen of Nigeria, petitions *pro se* for review of an order affirming the denial of his applications for a waiver of inadmissibility, 8 U.S.C. § 1182(i), and for an adjustment of status, *id.* § 1255(a). The Board of Immigration Appeals affirmed the findings of the immigration judge that Majekodunmi failed to prove that his removal would cause extreme hardship to himself or to his mother, a United States citizen. We dismiss Majekodunmi's petition.

We lack jurisdiction to review Majekodunmi's petition. "[N]o court . . . ha[s] jurisdiction to review . . . any judgment regarding the granting of [discretionary] relief [for a waiver of inadmissibility based on extreme hardship] under section . . . 1182(i)," *id.* § 1252(a)(2)(B)(i), unless the petition for review presents "constitutional claims or questions of law," *id.* § 1252(a)(2)(D). Majekodunmi argues that the Board failed to "give[] sufficient weight to [his] claims of undue hardship," contests the adverse credibility finding of the immigration judge, argues that his removal will cause undue hardship to his new wife and child, *see id.* § 1182(i), and argues that the immigration judge erred by denying his application for an adjustment of status, *id.* § 1255(a), but none of his arguments present a constitutional issue or question of law.

We **DISMISS** Majekodunmi's petition.